Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAUL E. HYSELL,<br><br>　　　　　Defendant. | Case Number:  6:16-po-285-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

　　　　Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice, and request any outstanding warrants be recalled.

　　　　Dated:  May 18, 2017　　　　　　　　　　NATIONAL PARK SERVICE

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/S/ Susan St. Vincent_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　　　　　　　　Legal Officer

1

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Hysell, Case number 6:16-po-285-MJS*, be dismissed, without prejudice, in the interest of justice, and any outstanding warrants are hereby recalled.

IT IS SO ORDERED.

Dated:   May 19, 2017              /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE